# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT L. HUEY

NO. 2023 KW 1361

**FEBRUARY 26, 2024**

---

In Re:   Albert L. Huey, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 01-11-0038.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.**   On November 20, 2023, this court granted relator's request for mandamus relief and ordered the district court to act on relator's application for postconviction relief, filed on May 16, 2023.   The district court's December 8, 2023 ruling addresses the application for postconviction relief filed by relator "on or about August 4, 2019."   The district court is ordered, if it has not already done so, to act on relator's application for postconviction relief, filed on May 16, 2023, by or before March 28, 2024, and to file a copy of its decision with this court by or before April 4, 2024.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT